Commonwealth *v.* Gibson, Appellant.

Before

CAMPBELL, P. J.

Submitted September 9, 1974.
*Gary A. Delafield,* Assistant Public Defender, and *Robert L. Martin,* Public Defender, for appellant; *Charles C. Brown, Jr.,* District Attorney, for Commonwealth, appellee.

Order affirmed.


Commonwealth *v.* Gray, Appellant.

Before MCDERMOTT, J.

Submitted September 9, 1974. *R. Anthony Toto,* for appellant; *Steven H. Goldblatt,* Assistant District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.